# RICHARD CARDINALE
ATTORNEY AT LAW
26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

January 13, 2015

The Honorable Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Whaley v. City of New York, et al.*, 14 CV 7334 (JG) (RER)

Your Honor:

      I represent the plaintiff in this civil rights action. I write, with the consent of defense counsel, to request that the Court adjourn the initial conference scheduled for March 18, 2015, at 11:00 a.m., to March 18, at 12:30 p.m.

      This adjournment is necessary because I already have a conference scheduled for 11:00 a.m. on March 18th.

      Respectfully,

      /s/

      Richard Cardinale

Copy: Okwede Okoh