UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Arthur Whaley,

                                      Plaintiff,

-against-

City of New York, Police Officer Wayne Isaacs, Police Officer Andrzej Maziarz, Police Officers john Does 1-3,

                                        Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 7334 (JG)(RER)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
         5/6        , 2015

RICHARD CARDINALE
*Attorney for Plaintiff*
26 Court Street, Suite #1815
Brooklyn, NY 11242
718-624-9391

By: _____
Richard Cardinale
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,
   Isaacs, and Mariaraz*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Okwede Okoh

SO ORDERED:

_____
HON. JOHN GLEESON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015